No. 01–8040.  NOEL v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 01–8042.  CLEMENTS v. SPOONER ET AL.  C. A. 11th Cir. Certiorari denied.

No. 01–8043.  EURY v. MORRIS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–8044.  EURY v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–8055.  LIFCHITS v. MASSACHUSETTS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 01–8061.  STROUD v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–8063.  ROSS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–8064.  CARPENTER v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 01–8067.  AHLDEN v. SNYDER, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 01–8069.  MURRAY v. WALKER, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 01–8070.  YOUNG v. HERBERT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–8072.  EURY v. KNIGHT ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–8074.  STEVENS v. COLORADO.  Sup. Ct. Colo.  Certiorari denied.

No. 01–8113.  CAMPBELL v. COYLE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 01–8146.  FULLICK v. UNITED STATES BEEF CORP., DBA ARBY'S.  C. A. 10th Cir.  Certiorari denied.